IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRE ZDENEK DAVIS,<br><br>Defendant. | CR 22–106–BLG–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 37.) Defendant Alexandre Zdenek Davis has been adjudged guilty of one count of false statement during firearms transaction, in violation of 18 U.S.C. § 922(a)(6), one count of false statement in application for passport, in violation of 18 U.S.C. § 1542, and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), as charged in Counts I, III, and V of the Superseding Indictment. (Doc. 36.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Davis's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger, model Security-9, 9mm caliber semi-automatic pistol, serial number 384-18864; and

1

- 45 rounds of 9mm caliber ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 12th day of June, 2023.

_____
Dana L. Christensen, District Judge
United States District Court