IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRE ZDENEK DAVIS,<br><br>Defendant. | CR 22–106–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to File Out of Time Sentencing Memorandum. (Doc. 61.) The United States requests leave to file its sentencing memorandum after the deadline. (*Id.* at 1.) Defendant Alexandre Zdenek Davis does not object. (*Id.* at 2.) The Court finds that there is good cause to grant the request.

Accordingly, IT IS ORDERED that the motion (Doc. 61) is GRANTED. The United States may file its sentencing memorandum on or before February 19, 2024.

DATED this 15th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1