IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRE ZDENEK DAVIS,<br><br>Defendant. | CR 22–106–BLG–DLC<br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 71.) Having reviewed said motion, the Court finds:

    1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d).

    2.    A Preliminary Order of Forfeiture was entered on June 12, 2023. (Doc. 38.)

    3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 41, 41-1.)

    4.    It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 71) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger, model Security-9, 9mm caliber semi-automatic pistol, serial number 384-18864; and
- 45 rounds of 9mm caliber ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of February, 2024.

Dana L. Christensen, District Judge
United States District Court